# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 18, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

152849(78)

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellant,

v

ALEXANDER JEREMY STEANHOUSE,
     Defendant-Appellee.

_____/

SC: 152849
COA: 318329
Wayne CC: 11-011939-FC

      On order of the Chief Justice, the motions of the Criminal Defense Attorneys of Michigan to waive filing fees and to extend the time for filing a brief amicus curiae are GRANTED. The amicus brief will be accepted as timely filed if submitted on or before November 2, 2016.



     I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 18, 2016

